IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOWARD ANTHONY DENNIS,
    Petitioner,

vs.                              3:04cv348/MCR/MD

JAMES R. MCDONOUGH,
    Respondent.
_____/

O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 8, 2006.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The 28 U.S.C. § 2254 amended petition for writ of habeas corpus (doc. 7) challenging the conviction and sentence in *State of Florida v. Howard Anthony Dennis* in the Circuit Court of Escambia County, Florida, case number 91-5503 is DENIED, and the clerk is directed to close the file.

    DONE AND ORDERED this 8th day of December, 2006.

                              s/ *M. Casey Rodgers*
                              M. CASEY RODGERS
                              UNITED STATES DISTRICT JUDGE